UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

    v.

RICHARD GREER,

          Defendant.

24-CR-3-LJV-HKS
DECISION & ORDER

1.      On October 22, 2024, the defendant, Richard Greer, pleaded guilty to Count 1 of the superseding information charging a violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2) (possession of child pornography involving a prepubescent minor).  Docket Item 25.

2.      On October 22, 2024, the Honorable H. Kenneth Schroeder, Jr., United States Magistrate Judge, filed a Report & Recommendation recommending that the defendant's plea of guilty be accepted and that the defendant be adjudged guilty. Docket Item 26.

3.      This Court has not received objections to the Report & Recommendation in accordance with Title 28, United States Code, Section 636(b)(1), and Rule 59(b) of the Federal Rules of Criminal Procedure, and the time to object now has expired.

4.      This Court has carefully reviewed *de novo* Judge Schroeder's Report & Recommendation (Docket Item 26), the plea agreement (Docket Item 25), the superseding information (Docket Item 24), a transcript of the plea proceeding (Docket Item 27), and the applicable law.  Based on that review, this Court conducted a subsequent plea colloquy on April 4, 2025.

5.   With the addition of this Court's subsequent plea colloquy, the Court adopts Judge Schroeder's recommendation that the defendant's plea of guilty be accepted and that the defendant be adjudged guilty of count 1 of the superseding information.

IT IS HEREBY ORDERED that this Court adopts Judge Schroeder's October 22, 2024 Report & Recommendation, Docket Item 26, in its entirety, including the authorities cited and the reasons given therein, and it is further

ORDERED that the Court accepts the defendant's plea of guilty and defers acceptance of the plea agreement pursuant to Sentencing Guidelines Section 6B1.1(c), and the defendant, Richard Greer is now adjudged guilty under Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

SO ORDERED.

Dated:      April 8, 2025
            Buffalo, New York

_____
LAWRENCE J. VILARDO
UNITED STATES DISTRICT JUDGE